# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT
__Eastern__ District of __New York__

**UNITED STATES OF AMERICA**

- against -

**JASON ROBINSON,**

**Defendant.**

Docket Number __23-CR-192 (NRM)__

__The Honorable Nina R. Morrison__
(District Court Judge)

Notice is hereby given that __the United States of America__ appeals to the United States Court of Appeals for the Second Circuit from the:

Judgment ____ ; Order __x__ ; Other ____ ; _____ .
(specify)

entered in this action on __May 9, 2025__ .
(specify)

Offense occurred after November 1, 1987  Yes __X__   No ____ .

The appeal concerns: __suppression of evidence__ .

Date __June 3, 2025__           __Gilbert Rein, AUSA__
(Counsel for Appellant)

TO:  Benjamin Yaster, Esq.              Address:   United States Attorney's Office - EDNY
     Federal Defenders of New York                 271-A Cadman Plaza East
     One Pierrepont Plaza, Brooklyn, NY 11201      Brooklyn, New York, 11201
     Telephone: (718) 330-1291                     Telephone:   718-254-6407
     E-Mail: benjamin_yaster@fd.org                E-Mail: Gilbert.Rein@usdoj.gov

ADD ADDITIONAL PAGE IF NECESSARY

---

**(TO BE COMPLETED BY ATTORNEY)**

| ► QUESTIONNAIRE | ► TRANSCRIPT ORDER  ► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
|---|---|
| ___ I am ordering a transcript.<br>_X_ I am not ordering a transcript.<br>**Reason:**<br>___ Daily copy is available<br>_X_ U.S. Attorney has placed order<br>___ Other. Attach explanation | **Dates**<br>**Prepare transcript of**<br>___ Pre-trial proceedings _____<br>___ Trial _____<br>___ Sentence _____<br>___ Post-trial proceedings _____ |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ► Method of payment ___ Funds ___ CJA Form 24 _X_ U.S. Attorney's Office Will Pay

ATTORNEY'S signature: _[signature]_                   Date: June 3, 2025

---

► **COURT REPORTER ACKNOWLEDGMENT**    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|   |   |   |

Date _____     Signature _____
(Court Reporter)

**COPY1 - ORIGINAL**

*U.S. GPO: 2001-611-552/60002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

– against –

JASON ROBINSON,

            Defendant.

23-CR-192 (NRM)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

<u>CERTIFICATION PURSUANT TO 18 U.S.C. § 3731</u>

      It is hereby certified pursuant to 18 U.S.C. § 3731 that this appeal is not taken for purposes of delay and that the evidence that has been ordered suppressed constitutes substantial proof of facts material in the proceeding.

Dated:     Brooklyn, New York
             June 3, 2025

                                        By:  *Joseph Nocella*
                                                   JOSEPH NOCELLA, JR.
                                                   United States Attorney